# *United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

| | |
|---|---|
| Date: | January 27, 2025 |
| To: | Criminal Intake |
| From: | Marco McGuthrie<br>U.S. Probation & Pretrial Services Officer<br>(213) 598-1400 |
| RE: | Ibrahim Ameen Alhusseini<br>CD/CA Docket Number: 2:25-CR-00042-SVW |
| Charge: | 15 USC § 78j(b), 78ff; 17 C.F.R. § 240.10b-5: Securities Fraud |

FILED
CLERK, U.S. DISTRICT COURT
1/27/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC  DEPUTY

On January 22, 2025, the defendant appeared before the Honorable Rozella A. Oliver, United States Magistrate Judge for an initial appearance. On that date the defendant was released with the following bond condition: Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. Surrender any such item as directed by Supervising Agency by before release and provide proof to Supervising Agency.

The defendant surrendered his firearm to the custody of Los Angeles Police Department (LAPD) on November 18, 2024, and provided Pretrial Services a property receipt. Pretrial Services has verified with LAPD that they remain in custody of the firearm.