JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
Chief, Corporate and Securities Fraud Strike Force
JENNA G. WILLIAMS (Cal. Bar No. 307975)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2429
    Facsimile: (213) 894-0141
    Email:    Nisha.Chandran@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys, Fraud Section
Criminal Division, U.S. Department of Justice
    1400 New York Avenue, NW
    Washington, DC 20530
    Telephone: (202) 514-5799
    Facsimile: (202) 514-3708
    Email:    Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT
FEB. 26, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 25-00042-SVW |
| Plaintiff, | <u>STIPULATION FOR ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D)</u> |
| v. | |
| IBRAHIM AMEEN ALHUSSEINI, | |
| Defendant. | |

Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney's Office

for the Central District of California and the Fraud Section of the U.S. Department of Justice; and defendant IBRAHIM AMEEN ALHUSSEINI, by and through his counsel of record, Naeun Rim, Randy Grossman, Andrew Beshai, and Jessica Nall, (collectively with the government, the "parties") hereby stipulate as follows:

1. The Information in this case was filed under seal on January 21, 2025. On January 22, 2025, defendant appeared before a judicial officer of the court in which the charges were pending. Trial is currently set to begin on March 18, 2025.

2. On February 11, 2025, the government filed a First Superseding Information and the parties simultaneously filed a plea agreement.

3. Pursuant to the plea agreement, defendant agrees to cooperate fully with the government, which requires the defendant to, among other things, produce voluntarily all documents, records, or other tangible evidence relating to matters about which the United States, or its designee, inquires.

4. In preparation to comply with the terms of the plea agreement, counsel for defendant has identified and begun to prepare to produce documents and records relating to matters about which the United States inquires. Contained within such responsive records, counsel for defendant has identified records that contain privileged attorney-client communications and privileged attorney work product.

5. Defendant has taken reasonable steps to prevent the inadvertent production of privileged materials to the government.

6. Notwithstanding defendant's steps to prevent the inadvertent production of privileged materials, defendant seeks to make rolling productions of documents and records to the government

in a manner that will safeguard defendant's inadvertent production of privileged materials and attorney work product materials in defendant's possession.

7.  To preclude any argument that the inadvertent production of privileged material that defendant produces to the government pursuant to the plea agreement results in a waiver of any of defendant's privileges, the parties hereby stipulate and agree and seek an order from this Court pursuant to Federal Rule of Evidence 502(d), stating:

    a.  **No Waiver by Disclosure.** The inadvertent failure by defendant to identify and withhold from production privileged material produced to the government pursuant to the plea agreement does not result in a waiver of defendant's privileges or protections in this case or in any other federal or state proceeding.

    b.  **In Camera Review.** Nothing in the Court's Order limits the right of any party to petition the Court for an in camera review of potentially privileged material.

//
//

| | |
|---|---|
| UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA | |
| JOSEPH T. MCNALLY Acting United States Attorney | |
| GLENN S. LEON UNITED STATES DEPARTMENT OF JUSTICE Chief, Fraud Section Criminal Division | |
| */s/ Nisha Chandran* | February 11, 2025 |
| BRETT A. SAGEL JENNA G. WILLIAMS NISHA CHANDRAN Assistant United States Attorneys | Date |
| THEODORE M. KNELLER ADAM L.D. STEMPEL Trial Attorneys, Fraud Section Criminal Division | |
| */s/ (per email auth. dated 2/11/25)* | February 11, 2025 |
| NAEUN RIM RANDY GROSSMAN ANDREW BESHAI JESSICA NALL Attorney for Defendant IBRAHIM AMEEN ALHUSSEINI | Date |

4

**CERTIFICATE OF SERVICE**

I, **Teresa H. Terrell**, declare:

That I am a citizen of the United States and a resident of or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of 18; and that I am not a party to the above-titled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

**STIPULATION FOR ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D); [PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D)**

☐ Placed in a closed envelope for collection and inter-office delivery, addressed as follows:

☐ Placed in a sealed envelope for collection and mailing via United States certified mail, addressed as follows:

☐ By hand delivery, addressed as follows:

☐ By facsimile, as follows:

☒ Via email, as follows:
rgrossman@manatt.com
nrim@manatt.com
abeshai@manatt.com
jessica.nall@bakermckenzie.com

☐ By Federal Express, as follows:

This Certificate is executed on **February 14, 2025,** at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

*Teresa H. Terrell*
Teresa H. Terrell
Legal Assistant