```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  FEB 26, 2025

            CENTRAL DISTRICT OF CALIFORNIA
            BY: _____PMC_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00042-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(D) |
| v. | |
| IBRAHIM AMEEN ALHUSSEINI, | |
| Defendant. | |

The Court has read and considered the Stipulation for Order Pursuant to Federal Rule of Evidence 502(d) filed by the parties in

this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support the issuance of an order pursuant to Federal Rule of Evidence 502(d). THEREFORE, FOR GOOD CAUSE SHOWN:

**No Waiver by Disclosure.** The inadvertent failure by defendant to identify and withhold from production privileged material produced to the government pursuant to the plea agreement does not result in a waiver of defendant's privileges or protections in this case or in any other federal or state proceeding.

**In Camera Review.** Nothing in this Order limits the right of any party to petition the Court for an *in camera* review of potentially privileged material.

IT IS SO ORDERED.

February 26, 2025
DATE

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

     /s/
NISHA CHANDRAN
Assistant United States Attorney