JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
Chief, Corporate and Securities Fraud Strike Force
JENNA G. WILLIAMS (Cal. Bar No. 307975)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2429
     Facsimile: (213) 894-0141
     Email:    Nisha.Chandran@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue, NW
     Washington, DC 20530
     Telephone: (202) 514-5799
     Facsimile: (202) 514-3708
     Email:    Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
2/25/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:    ER    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00042-SVW |
|---|---|
| Plaintiff, | SECOND STIPULATION AND REQUEST TO MODIFY THE TERMS AND CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE |
| v. | |
| IBRAHIM AMEEN ALHUSSEINI, | |
| Defendant. | |

Plaintiff United States of America (the "government"), by and through its counsel of record, the United States Attorney's Office

for the Central District of California and the Fraud Section of the U.S. Department of Justice; and defendant IBRAHIM AMEEN ALHUSSEINI, by and through his counsel of record, Naeun Rim, Randy Grossman, Andrew Beshai (collectively with the government, the "parties") hereby stipulate to, and request the Court issue, an order modifying the terms and conditions of defendant's pretrial release as follows so defendant may engage in undercover activities:

1. The Information in this case was filed under seal on January 21, 2025. On January 22, 2025, defendant appeared before a judicial officer of the court in which the charges were pending. Trial is currently set to begin on March 18, 2025.

2. On February 10, 2025, the government filed a First Superseding Information and the parties simultaneously filed a plea agreement.

3. Pursuant to the plea agreement, defendant agrees to cooperate fully with the government, which may include acting in an undercover capacity if requested to do so by the government.

4. Based on defendant's proffers with the government, the government believes that defendant can provide proactive undercover cooperation against other targets of the government's investigation in Los Angeles County.

5. On February 24, 2025, based on the parties' stipulation, the Court issued an order to modify the terms and conditions of defendant's release as follows: (1) defendant's supervision by Pretrial Services was terminated; (2) defendant began supervision by agents of the FBI; (3) defendant no longer participated in the Location Monitoring Program; (4) at the direction of the government, defendant could contact Aspiration, including Joe Sanberg, Nate

Redmond, and any past or present employee or board member of Aspiration, and with any person that is directly involved in the charged conduct; and (5) all other terms of defendant's pretrial release remained in effect.

6. The government now believes that defendant can attempt to provide proactive undercover cooperation through communication without in-person meetings.

7. By this second stipulation, the parties now request that the Court order the terms and conditions of defendant's release (as previously modified by the Court's February 24, 2025 order) be modified as follows:

   a. Defendant shall be supervised by Pretrial Services.

   b. Defendant shall participate in the Location Monitoring Program. The Location Monitoring Restrictions shall include Location Monitoring with an ankle monitor at the discretion of the Supervising Agency. Defendant shall no longer be subject to a curfew.

   c. Defendant shall no longer be required to avoid all contact, directly or indirectly (including by any electronic means) with Aspiration, including Joe Sanberg, Nate Redmond, and any past or present employee or board member of Aspiration, and with any person that is directly involved in the charged conduct.

   d. Defendant shall no longer be subject to the requirement that he possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that he disclosed to the Supervising Agency upon commencement of supervision. Defendant shall no longer be subject to the requirement that he agree

1  to submit to a search of his person and property, including digital
2  devices, to determine compliance by the Supervising Agency.
3         e.   Defendant's digital devices shall no longer be subject
4  to monitoring by the Supervising Agency.  Defendant shall no longer
5  be required to comply with the rules and regulations of the Computer
6  Monitoring Program.
7         f.   All other terms of defendant's pretrial release shall
8  remain in effect.
9  //
10 //

8. Pretrial Services has no objection to the requested modification and has indicated that it is willing to supervise defendant while he is cooperating given that the attempted cooperation will not involve in-person meetings.

9. At the conclusion of the attempted proactive cooperation, the government will move to reinstate defendant's original terms and conditions of defendant's pretrial release.

IT IS SO STIPULATED.

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

JOSEPH T. MCNALLY
Acting United States Attorney

GLENN S. LEON
UNITED STATES DEPARTMENT OF JUSTICE
Chief, Fraud Section
Criminal Division

| */s/ Nisha Chandran* | February 25, 2025 |
|---|---|
| BRETT A. SAGEL<br>JENNA G. WILLIAMS<br>NISHA CHANDRAN<br>Assistant United States Attorneys<br><br>THEODORE M. KNELLER<br>ADAM L.D. STEMPEL<br>Trial Attorneys, Fraud Section<br>Criminal Division | Date |

| */s/ (per email auth. dated 2/25/25)* | February 25, 2025 |
|---|---|
| NAEUN RIM<br>RANDY GROSSMAN<br>ANDREW BESHAI<br>Attorney for Defendant<br>IBRAHIM AMEEN ALHUSSEINI | Date |