```
JOSEPH T. MCNALLY
Acting United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
BRETT A. SAGEL (Cal. Bar No. 243918)
Assistant United States Attorney
Chief, Corporate and Securities Fraud Strike Force
JENNA G. WILLIAMS (Cal. Bar No. 307975)
NISHA CHANDRAN (Cal. Bar No. 325345)
Assistant United States Attorney
Corporate and Securities Fraud Strike Force
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2429
     Facsimile: (213) 894-0141
     Email:     Nisha.Chandran@usdoj.gov

GLENN S. LEON
Chief, Fraud Section
Criminal Division, U.S. Department of Justice
THEODORE M. KNELLER (D.C. Bar No. 978680)
ADAM L.D. STEMPEL (D.C. Bar No. 1615015)
Trial Attorneys, Fraud Section
Criminal Division, U.S. Department of Justice
     1400 New York Avenue, NW
     Washington, DC 20530
     Telephone: (202) 514-5799
     Facsimile: (202) 514-3708
     Email:    Theodore.Kneller@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

FILED
CLERK, U.S. DISTRICT COURT
MAR - 3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-0042-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER UNSEALING CASE |
| v. | |
| IBRAHIM AMEEN ALHUSSEINI, | |
| Defendant. | |

The Court has read and considered the Stipulation to Unseal the Case filed by the parties in this matter on March 3, 2024.

1  FOR GOOD CAUSE SHOWN:

2  The matter of <u>United States v. Ibrahim Ameen AlHusseini</u>, Case
3  No. 25-CR-042-SVW, is unsealed.

4  IT IS SO ORDERED.

6  _____2/3/25_____              _____[signature]_____
   DATE                          HONORABLE STEPHEN V. WILSON
7                                UNITED STATES DISTRICT JUDGE

9  Presented by:

10 /s/ Nisha Chandran
11 NISHA CHANDRAN
   Assistant United States Attorney