**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| United State of America,<br>Plaintiff,<br>v.<br>Ibrahim Ameen Alhusseini,<br>Defendant. | Case No. 2:25-cr-00042-SVW<br>**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO CONTINUE SENTENCING DATE**<br>Judge: Hon. Stephen V. Wilson<br>Current Sentencing Date: July 21, 2026<br>New Sentencing Date: October 19, 2026 |

The Court, having reviewed the STIPULATION TO CONTINUE SENTENCING DATE filed by Defendant IBRAHIM AMEEN ALHUSSEINI ("Defendant"), by and through his counsel of record, Jessica Nall, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Nisha Chandran, United States Department of Justice Fraud Section Chief Lorinda I. Laryea, Fraud Section Trial Attorneys Theodore M. Kneller and Adam L.D. Stempel, and for GOOD CAUSE shown:

**IT IS HEREBY ORDERED:**

1. That the Stipulation to Continue Sentencing Date is GRANTED ;

2. That the sentencing date for Defendant Ibrahim Ameen AlHusseini is continued from July 21, 2026, at 11:00 a.m., to October 19, 2026, at 11:00 a.m.

**IT IS SO ORDERED.**

DATE: June 25, 2026

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE